**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2647 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 153 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 205029 |
| | : | |
| ASHER BROOKS CHANCEY, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2020, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Asher Brooks Chancey is suspended on consent from the Bar of this Commonwealth for a period of three years, retroactive to September 9, 2019. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).